JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELEM VARGAS MONTELONGO, | Case No. 5:26-cv-02705-SB-SSC |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| TODD BLANCHE et al., | |
| Defendants. | |

For the reasons stated in the separate order granting the habeas petition entered June 1, 2026 it is ordered that Petitioner's petition is granted and Respondents shall release Petitioner from detention.

This is a final judgment.

Date: June 5, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1